UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JANIE COLE,                )
                           )
    Plaintiff,             )
                           )
v.                         )   Civil Case No. 07-1829 (RJL)
                           )
EARL A. POWELL,            )
                           )
    Defendant.             )

**ORDER**
(February 15, 2008)

Plaintiff filed this civil action on October 10, 2007. Three summons were issued. It does not appear from the record that service has been effected. "If a defendant is not served within 120 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). The 120-day period having run, it is

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiff does not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

Case 1:07-cv-01829-RJL    Document 3    Filed 02/19/2008    Page 2 of 2