UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIE COLE<br>107 May Avenue<br>Bridgeville, PA 15017<br><br>        Plaintiff<br>    v.<br><br>EARL A. POWELL,<br>Director, National Gallery of Art<br>2000-B South Club Drive<br>Landover, Maryland 20785<br><br>        Defendant. | Civil Action No.: 07-1829 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2008, I caused the foregoing Praecipe to be served on Counsel for Plaintiff, **Kevin Byrnes**, by the court's Electronic Case Filing System (ECF):

**Kevin Byrnes**
Wade & Byrnes, P.C.
616 N. Washington Street
Alexandria, Virginia 22314

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309