UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington DC

| | |
|---|---|
| JANIE COLE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARL A. POWELL, )<br>)<br>Defendant. )<br>_____) | Civil Case No. 07-1829 (RJL) |

### CORRECTION TO REPLY TO COURT ORDER OF FEBRUARY 15, 2008

Comes now the Plaintiff Janie Cole, by and through counsel, and hereby notifies the Court of a typographical error in the Reply to Court Order of February 15, 2008, filed with the Court on March 11, 2008. Please note in the second paragraph of Page 2 that the third sentence should read as follows: Thus, there has been no harm to the Defendant, and he is now properly on notice.

Respectfully submitted,

JANIE COLE
*Plaintiff by Counsel*

**GRAD, LOGAN & KLEWANS, P.C.**

_____/s/ Kevin Byrnes_____
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2008, a true copy of the foregoing Correction to Reply to Court Order of February 15, 2008, was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Harry B. Roback. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20530
Telephone: (202) 616-5309
Email: harry.roback@usdoj.gov
*Counsel for Defendant*

/s/ Kevin Byrnes
Kevin Byrnes, DC Bar # 480195
GRAD, LOGAN & KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

2