UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANIE COLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 07-1829 RJL |
| ) | |
| **EARL A. POWELL, Director of the** ) | |
| **National Gallery of Art,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a 22-day extension to respond to Plaintiff's Complaint. Plaintiff's counsel consents to this extension. Good cause exists for the Court to grant this extension. In support of this motion, Defendant states as follows:

1. The Complaint in this matter raises numerous factual issues regarding plaintiff's employment at the National Gallery of Art. The Complaint also raises several legal issues regarding a settlement agreement that the parties reached regarding some of her claims.

2. Defendant's response to Plaintiff's Complaint is currently due on April 14, 2008.

3. Defendant has been diligently reviewing the factual allegations and legal contentions in the Complaint. However, Defendant needs additional time to prepare its response.

4. Accordingly, Defendant respectfully requests that the Court grant it an additional 22-days to respond to the Amended Complaint.

5. This is Defendant's first request for an extension.

6. Plaintiff will not be prejudiced by the modest extension sought in this motion.

A proposed order is submitted herewith.

                Respectfully submitted,

                JEFFREY A. TAYLOR , D.C. Bar # 498610
                United States Attorney

                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                /s/ Harry B. Roback
                HARRY B. ROBACK, D.C. Bar # 485145
                Assistant United States Attorney
                United States Attorneys Office
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 616-5309

Case 1:07-cv-01829-RJL   Document 7   Filed 04/11/2008   Page 3 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIE COLE,            )<br>                              )<br>     Plaintiff,         )<br>                              )<br>     v.                    )<br>                              )<br>EARL A. POWELL, Director of the )<br>National Gallery of Art,    )<br>                              )<br>     Defendant.         )<br>                              ) | Civil Action No. 07-1829 RCL |

**PROPOSED ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by May 6, 2008.

SO ORDERED.


Date: _____                              _____
                                                            United States District Judge