UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington DC

| | |
|---|---|
| JANIE COLE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Case No. 07-1829 (RJL) |
| | ) |
| EARL A. POWELL, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR CONTINUANCE**

Comes now the Plaintiff Janie Cole, by and through counsel, and hereby respectfully requests that this Court grant Plaintiff a continuance until May 30, 2008, to answer the Defendant's Motion to Dismiss. As grounds for this Motion, Plaintiff states as follows:

Plaintiff received the Motion to Dismiss on May 6, 2008, after the close of business. On May 8, 2008, Plaintiff asked for and graciously received Defendant counsel's consent to seek the continuance. Plaintiff counsel's request is based on work load, considerations which include nine depositions, three mediations and numerous matters in active litigation in both state and federal courts. This heavy caseload, combined with the somewhat unusual issues involved in this case, which include not only a discrimination claim but a request for declaratory judgment on a contract, require counsel to have additional time to address Defendant's arguments.

Plaintiff counsel previously consented to a request for additional time made by Defendant counsel. Neither side will be prejudiced by this continuance and the resolution of the initial dispositive motions will in all likelihood address the central issues in this case.

Wherefore, Plaintiff requests an extension until May 30, 2008, to answer Defendant's Motion to Dismiss.

Respectfully submitted,

JANIE COLE
*Plaintiff by Counsel*

**GRAD, LOGAN & KLEWANS, P.C.**

/s/ Kevin Byrnes
Kevin Byrnes, DC Bar #480195
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2008, a true copy of the foregoing Motion for Continuance was delivered by filing and entering the same upon the electronic court filing website of the United States District Court of the District of Columbia, to the attention of Defendant's counsel, as follows:

Harry B. Roback. Assistant United States Attorney
Office of the U.S. Attorney - District of Columbia
Civil Division
501 3rd Street, 4th Floor
Washington, D.C. 20530
Telephone: (202) 616-5309
Email: harry.roback@usdoj.gov
*Counsel for Defendant*

/s/ Kevin Byrnes
Kevin Byrnes, DC Bar # 480195
GRAD, LOGAN & KLEWANS, P.C.
3141 Fairview Park Drive, Suite 350
Falls Church, VA 22042
Firm Telephone: 703-548-8400
Direct Line: 703-535-5393
Facsimile: 703-836-6289
Email: kbyrnes@glklawyers.com
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Washington DC

JANIE COLE )
)
    Plaintiff, )
)
v. ) Civil Case No. 07-1829 (RJL)
)
EARL A. POWELL, )
)
    Defendant. )
_____)

**ORDER**

    This matter having come before the Court on this _____ day of May, 2008, and based upon the submissions and arguments of counsel and for good cause shown, it is hereby:

    ORDERED that the Plaintiff is granted until May 30, 2008, to answer the Defendant's Motion to Dismiss.

                                                        _____
                                                        RICHARD J. LEON
                                                        United States District Judge