UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIE COLE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EARL A. POWELL, Director of the )<br>National Gallery of Art, )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1829 RJL |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a five day extension of time to file a reply in support of its motion to dismiss. Plaintiff's counsel consents to this extension. Good cause exists for the Court to grant this extension. In support of this motion, Defendant states as follows:

1. The Plaintiff filed her response to Defendant's motion to dismiss on May 29, 2008. Defendant's response to the opposition is currently due on June 9, 2008.

2. Defendant's counsel has been diligently working on several other matters, including a motion for summary judgment in the case captioned *Allmon v. BOP*, 08-314 (D.D.C.) And a reply in support of a motion to dismiss in the case captioned *Davis v. Walker*, 06-1002 (D.D.C.), which is a putative class action against the General Accountability Office.

3. Accordingly, Defendant respectfully requests that the Court grant it an additional five business days to file a reply in support of its motion to dismiss.

4. This is Defendant's first request for an extension.

5. Plaintiff will not be prejudiced by the modest extension sought in this motion.

A proposed order is submitted herewith.

                    Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANIE COLE,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Civil Action No. 07-1829 RCL |
| ) | |
| **EARL A. POWELL, Director of the** ) | |
| **National Gallery of Art,** ) | |
| ) | |
|     **Defendant.** ) | |
| ) | |

**PROPOSED ORDER**

Upon consideration of Defendant's unopposed motion to extend time to file a reply in support of its motion to dismiss, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall have until June 16 to file a reply in support of its motion to dismiss.

SO ORDERED.


Date: _____                                      _____
                                                     United States District Judge