UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANIE COLE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EARL A. POWELL )<br>Director of the National Gallery of Art, )<br>)<br>Defendant. ) | Civil Case No. 07-1829 (RJL) |

FINAL JUDGMENT

Upon consideration of defendant's motion to dismiss and plaintiff's opposition, and the relevant record, it is, this 17th day of March, 2009, hereby

**ORDERED** that defendant's motion to dismiss is GRANTED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge